United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| USAA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-3401 |
| | § | |
| NATALIE ANDERSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Natalie Anderson has moved for summary judgment, (Docket Entry No. 47), and that motion has been fully briefed. The parties' dispute principally involves whether half the benefits owed under a life insurance policy purchased by John Anderson, naming his minor children from a former spouse as its sole beneficiaries, should be paid to Natalie Anderson, his spouse when he died. The parties do not dispute that the inception-of-title rule applies to the policy and that the benefits are presumptively owed to Natalie Anderson, as John Anderson's spouse at the time of the purchase. Laurie Kelly, the children's guardian, argues that the presumptive application of this rule may be overcome by showing that the policy was purchased with John Anderson's separate property. Kelly also argues that the designation of the children as the policy's sole beneficiaries is fair in light of the total value of the estate.

John Anderson's estate is in probate. Natalie Anderson points out that the classification of the inventory of the estate and its total value have not been finalized. A final decision from the probate court on the inventory and value of the estate would appear to aid the court's resolution of the parties' dispute.

The court believes it prudent to stay this matter given the ongoing probate action. This case is therefore stayed and administratively closed pending the resolution of that action. The

parties must file a joint status report on the probate action with the court every 60 days, beginning on July 10, 2023. The parties must advise the court in writing within 14 days of the date the judge in the probate action issues a final judgment or this action is otherwise resolved.

The motion for summary judgment, (Docket Entry No. 47), is denied without prejudice.

SIGNED on May 10, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

2